IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORE VCT PLC,**<br>**CORE VCT IV PLC, and**<br>**CORE VCT V PLC**<br>   9 South St.<br>   London, W1K 2XA, UK<br><br>                    **Plaintiffs,**<br><br>           v.<br><br>**JAMES HENSLEY,**<br>   1111 19th Street, NW<br>   Suite 620<br>   Washington, D.C. 20036<br><br>                    **Defendant** | Case. No. 1:14-cv-74 |

**COMPLAINT**
**For Recognition of Foreign-Country Money Judgment**

Plaintiffs Core VCT Plc, Core VCT IV Plc, and Core VCT V Plc, by counsel, bring this action against Defendant James W. Hensley pursuant to the Uniform Foreign-Country Money Judgments Recognition Act of 2011, D.C. Code § 15-361 *et seq.* (the "Act")

**PARTIES**

1.    Core VCT Plc, Core VCT IV Plc, and Core VCT V Plc (collectively, "Core") are public limited companies organized under the laws of the United Kingdom with their principal places of business located in London, England.

2.    Defendant James Hensley ("Hensley") is an individual and citizen of the United

States.  On information and belief, Hensley is a resident of the District of Columbia.

## JURISDICTION AND VENUE

3.     The Court has jurisdiction of this action pursuant to 28 U.S.C. § 1332(a) because (1) there is complete diversity of citizenship between all Plaintiffs, which are citizens of the UK, and Hensley, who is a citizen of the US; and (2) the amount in controversy is greater than $75,000.00.

4.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b)(3) and D.C. Code § 13-422, because Hensley maintains his principal place of business in the District of Columbia at 1111 19th Street, NW, Suite 620, Washington, D.C. 20036.

## FACTS

5.     Core filed suit against Hensley in the High Court of Justice, Queen's Bench Division, Commercial Court of London ("UK Court") on September 12, 2012, as Claim No. 2012-Folio-1198 ("the UK Litigation").  Official copies of the pertinent record of the proceedings, which have been certified in compliance with Fed. R. Civ. P. 44(a)(2)(A)(ii), are attached as Exhibit A.  An uncertified copy of record of proceedings is attached as Exhibit B.

6.     The UK Litigation sought money damages resulting from Hensley's breach of a Subscription and Shareholders Agreement dated November 13, 2009.  Exh. B, pp. 2-16.

7.     The UK Court authorized service on Hensley outside the UK by Order dated October 5, 2012.  Exh. B, pp. 17-18.  Hensley was duly served with a sealed copy of the Claim and Particulars of Claim documents by in person service on October 10, 2012.  Exh. B, pp. 19-20.

8.     Service of process on Hensley was proper and complied with the applicable provisions of UK law.

9.      Despite having actual notice of the UK Litigation, Hensley failed to appear or otherwise respond to the claim against him within the time allowed by applicable law. Accordingly, Core filed a Request for Default Judgment on November 19, 2012.  Exh. B, pp. 21-23.

10.     On December 3, 2012, the UK Court entered a default money judgment in favor of Core and against Henlsey in the amount of EUR 881,987.33, USD 1,922,912.52, and GBP 62,744.44, plus interest from November 13, 2009, and costs ("Judgment").  Exh. B, pp. 24-25. The Judgment is final and has not been appealed.  No portion of the Judgment has been paid.

### Claim Under D.C. Code § 15-361, *et seq*.

11.     Core requests that this Court recognize the Judgment pursuant to the Act.

12.     Core is entitled to the requested relief because the Judgment is a judgment of a court of a foreign country, which satisfies the requirements of the Act:  the Judgment grants recovery of a sum of money; and it is final, conclusive, and enforceable where rendered.  *Id*. §§ 15-362, 15-363.

13.     Accordingly, the Judgment is entitled to recognition and enforcement pursuant to § 15-367 of the Act.

WHEREFORE Plaintiffs request that the Court enter an order recognizing the Judgment dated December 3, 2012, entered by the High Court of Justice, Queen's Bench Division, Commercial Court of London, England, in Claim Number 2012-Folio-1198, against Defendant and in favor of Plaintiffs, and for any other relief this Court deems appropriate.

                                        Respectfully submitted,

Dated:  January 17, 2014                    /s/ Andrew K. Wible
                                        Andrew K. Wible, D.C. Bar No. 988391
                                        Awible@cohenmohr.com
                                        COHEN MOHR, LLP

        1055 Thomas Jefferson Street, N.W.
        Suite 504
        Washington, D.C.  20007
        Office:  (202) 342-2550
        Fax:  (202) 342-6147

        *Attorney for Plaintiffs*