IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CORE VCT PLC,<br>CORE VCT IV PLC, and<br>CORE VCT V PLC,<br><br>      Plaintiffs,<br><br>      v.<br><br>JAMES HENSLEY<br><br>      Defendant. | Case No. 1:14-cv-74-ESH<br><br>Judge Ellen S. Huvelle |

**DEFENDANT JAMES HENSLEY'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO RULE 12(b)(1)**

Pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, Defendant James Hensley ("Mr. Hensley"), through counsel, hereby moves to dismiss the complaint filed by Plaintiffs Core VCT Plc, Core VCT IV Plc, and Core VCT V Plc (together, "Plaintiffs").

Plaintiffs have failed to adequately plead facts supporting this Court's jurisdiction under the diversity jurisdiction statute, 28 U.S.C. § 1332(a), the relevant provision of which provides original jurisdiction over certain actions involving "citizens of a [U.S.] State." While Plaintiffs generally allege that Mr. Hensley is a "citizen of the US," they do not allege that Mr. Hensley is a citizen of any particular U.S. state. In fact, although Mr. Hensley is a U.S. citizen, he is domiciled in the sovereign city-state of Monaco. Since U.S. citizens domiciled abroad cannot sue or be sued in federal court on the basis of diversity jurisdiction, subject matter jurisdiction is lacking, and Plaintiffs' complaint should be dismissed. A memorandum of points and authorities in support of Mr. Hensley's motion is being filed concurrently herewith and is hereby incorporated by reference herein.

WHEREFORE, James Hensley respectfully requests that this Court grant his Motion to Dismiss Plaintiffs' Complaint pursuant to Rule 12(b)(1), enter an order in the form of the proposed order attached hereto, and grant such other and further relief as this Court deems just and proper.

Dated:  February 27, 2014　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　K&L GATES LLP

　　　　　　　　　　　　　　　　　　　　 /s/ Andrew N. Cook
　　　　　　　　　　　　　　　　　　　　Andrew N. Cook (D.C. Bar No. 416199)
　　　　　　　　　　　　　　　　　　　　K&L Gates LLP
　　　　　　　　　　　　　　　　　　　　1601 K Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　　　T: 202-778-9106
　　　　　　　　　　　　　　　　　　　　F: 202-778-9100
　　　　　　　　　　　　　　　　　　　　E: andrew.cook@klgates.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant James Hensley*

**CERTIFICATE OF SERVICE**

  I hereby certify that, on this 27th day of February 2014, a copy of the foregoing was served via the Court's electronic filing system and via e-mail on the following:

Andrew K. Wible
Cohen Mohr, LLP
1055 Thomas Jefferson Street, N.W.
Suite 504
Washington, DC 20007
Awible@cohenmohr.com
*Counsel for Plaintiffs Core VCT Plc,*
*Core VCT IV Plc, and Core VCT V Plc*

                 /s/ Andrew N. Cook
                 Andrew N. Cook