## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CORE VCT PLC,**<br>**CORE VCT IV PLC, and**<br>**CORE VCT V PLC**<br><br>Plaintiffs,<br><br>v.<br><br>**JAMES HENSLEY,**<br><br>Defendant. | Civil Action No. 14-0074 (ESH) |

### ORDER

For the reason set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Magistrate Judge Kay's Report and Recommendation filed on January 26, 2015 [ECF No. 26] is **ADOPTED IN FULL**; it is further

**ORDERED** that plaintiffs' objections [ECF No. 27] are **OVERRULED**; it is further

**ORDERED** that the case is dismissed without prejudice for lack of subject matter jurisdiction.

/s/   *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date:   March 31, 2015